## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**City of Pearland, Texas**

_____

-vs-                                                    Case No.:   **1:17-cv-730-SS** _____

**Blue Ridge Landfill TX, LP**

_____

### MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now _____**Abigail K. Sullivan**_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western District of

Texas *pro hac vice* to represent ____**City of Pearland, Texas**____ in this case, and would

respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the name of)

**Scott, Ray & Sullivan, PLLC** ,

with offices at

Mailing address:    **2608 Stonewall Street**

City, State, Zip Code:    **Greenville, Texas 75401**

Telephone:    **903-454-0044**

Facsimile:    **903-454-1514**

2.    Since _____ **May 4, 2012** ☐ _____ , Applicant has been and presently is a member of and in

      good standing with the Bar of the State of _____ **Texas** _____ ☐ .

      Applicant's bar license number is _____ **24077300** _____ .

3.    Applicant has been admitted to practice before the following courts:

      Court:                                          Admission date:

      **Eastern District (Pro Hac Vice)**             **August 1, 2017**

      _____                _____

      _____                _____

      _____                _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above,

      except as provided below (list any court named in the preceding paragraph before which

      Applicant is no longer admitted to practice):

      _____

      _____

5.    Applicant has never been subject to grievance proceedings or involuntary removal

      proceedings while a member of the bar of any state or federal court, except as provided

      below:

      _____

      _____

6.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses,

      except as provided below (omit minor traffic offenses):

      _____

7.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8.    Select one:

☐    Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

☑    Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

| | |
|---|---|
| Co-counsel: | **Earnest Wotring - Baker-Wotring, LLP** |
| Mailing address: | **700 JP Morgan Chase Tower** |
| City, State, Zip Code: | **600 Travis Street, Houston, Texas 77002** |
| Telephone: | **713-980-1700** |

9.    Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10.    Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_____**Abigail K. Sullivan**_____ to the Western District of Texas *pro hac vice*

for this case only.

Respectfully submitted,

_____**Abigail K. Sullivan**_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the _15_ day of ____**August**____, ___**2017**___.

_____**Abigail K. Sullivan**_____
[printed name of Applicant]

_____
[signature of Applicant]