FILED

2017 SEP -7  AM 11:59

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CITY OF PEARLAND, TEXAS<br>*Plaintiff,*<br><br>and the<br><br>STATE OF TEXAS,<br>acting by and through the Texas<br>Commission on Environmental Quality,<br>a Necessary and Indispensable Party<br><br>V.<br><br>BLUE RIDGE LANDFILL TX, LP<br>*Defendant.* | §§§§§§§§§§§§§§§§ | CIVIL ACTION No. 1:17-CV-00730-SS |

### ORDER GRANTING PLAINTIFF CITY OF PEARLAND'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is the Motion for Extension of Time filed by Plaintiff City of Pearland, Texas ("Pearland"). The motion is **GRANTED**. The due dates for Pearland's response to Defendant Blue Ridge Landfill TX, LP's Rule 12(b)(6) Motion to Dismiss (Doc. 21) and reply supporting Pearland's Motion to Remand (Doc. 22) are extended to September 15, 2017.

Signed Sept 6, 2017.

_____
United States District Judge

